IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GSF CORPORATION, <br><br> Defendant. | No. 3:14-cv-00747 <br> Judge Nixon <br> Magistrate Judge Knowles |

## ORDER

Pending before the Court is Defendant GSF Corporation's Motion for Leave to File a Reply ("Motion") (Doc. No. 9), filed with the proposed Reply (Doc. No. 9-1). Defendant requests the Court allow it to file a Reply, stating certain issues raised by Plaintiff Franklin American Mortgage Company require further clarification. (Doc. No. 9 at 1.) The Court hereby **GRANTS** the Motion (Doc. No. 9) and will consider the Reply when ruling on Defendant's Motion to Dismiss.

It is so ORDERED.

Entered this the 10th day of April, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT