IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRANKLIN AMERICAN MORTGAGE COMPANY<br>　　　Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No. 3:14-cv-00747 |
| GSF CORPORATION,<br>　　　Defendant. | ) <br> ) <br> ) | Judge Nixon  TRAUGER<br>Magistrate Knowles |

**ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice of all claims pending in this action. (D.E. 17). Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses. All pending motions are moot.

It is so **ORDERED**.

This is the Final Order in this action.

**ENTERED** this the __23rd__ day of _____July_____, 2014.

_____
~~SENIOR JUDGE JOHN T. NIXON~~    ALETA A. TRAUGER
UNITED STATES DISTRICT COURT   JUDGE